UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KEIPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER

v.

CA No. 06-394-T

ROLAND W. BURT, JR.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Sept. 8 , 2006