UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BANK OF AMERICA, N.A., et al

vs. C.A. NO. 06-394ML

ROLAND W. BURT, JR.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
September 13, 2006

Entered as an Order of this Court on September 13, 2006.

Barbara Barletta
Deputy Clerk