of each Counsel's clients' respective share of the gross amount recovered on behalf of the Beneficiaries in the Bond Litigation as a result of any settlement, judgment, levy, execution or otherwise. In the event an appeal is taken by either the defendants or plaintiffs to an appeals court, the Beneficiaries shall pay an additional five percent, for a total of thirty-eight and one third (38 1/3 %) of the gross amount recovered after said appeal.

If settlement is made by structured settlement, the Attorneys' Fees will be computed on the basis of the present value of the structured settlement at the time of the settlement. The expense for determining present cash value is a cost to be borne by the Beneficiaries. The Attorneys' Fees shall be paid out of the initial cash payment.

It is hereby agreed that pursuant to, and in conformance with Counsels' contingent fee agreements with their respective Beneficiary clients, executed contemporaneously herewith, that The Attorneys' Fees to Counsel from the gross recovery shall be divided as follows:

Blish & Cavanagh, LLP – twenty percent (20%);

Keough & Sweeney, Ltd – twenty percent (20%);

Sjoberg & Votta – twenty percent (20%);

Law Offices of Thomas Pearlman – twenty percent (20%); and

Teixeira & Weddell – twenty percent (20%).

It is further agreed that pursuant to, and in conformance with Counsels' contingent fee agreements with their respective Beneficiary clients, executed contemporaneously herewith, the Beneficiaries shall share equally in any and all costs incurred in furtherance of the Beneficiaries' claims in the Bond Litigation against Robert