**From:** Rsbd626@aol.com View Contact Details Add Mobile Alert

**Date:** Thu, 13 Apr 2006 09:52:16 EDT

**Subject:** MAgda Burt

**To:** tallo@cox.net, barry.cyr@dometicusa.com, burtla777@yahoo.com, Richard@pealmanlawoffices.com

Richard
Rollen faxed me the Probate orders last night and we had a telephone conversion this AM . After our conversation , I decided I want that order appeal . There are things that I do not understand . Ray

Delete | Reply | Forward | Spam | Move...