**Forwarded Message** [ Download File | Save to Yahoo! Briefcase ]

**From:** "Richard Tallo" <richard@pearlmanlawoffices.com>

**To:** Rsbd626@aol.com

**Subject:** RE: Magda Burt

**Date:** Mon, 22 May 2006 08:28:28 -0400

**HTML Attachment** [ Download File | Save to Yahoo! Briefcase ]

Dear Ray: It was my understanding that Roland just wanted to be present at the Motion today. I do not believe that it would effect the outcome of the Motion. Tom appealed at Roland's request, and now we have to wait to see what objection these other lawyers interpose. When that happens, I will keep you informed.

Thank You, Richard Tallo

> -----Original Message-----
> **From:** Rsbd626@aol.com [mailto:Rsbd626@aol.com]
> **Sent:** Friday, May 19, 2006 2:10 PM
> **To:** tallo@cox.net; burtla777@yahoo.com richard@pearlmanlawoffices.com; barry.cyr@dometicusa.com; Harpmanr@aol.com; tom@pearlmanlawoffices.com
> **Subject:** Magda Burt
>
> Richard;
> I received a call from Rollen Burt today . He is very distressed about a letter that he received from your firm. It seems that Judy Lawton and David Gilmore's law firm are intervening and is going ahead with the agreement, and they are still going to include Rollen and I into it. We have never agreed to it in the first place." Verbal or in writing ". And I have e-mails to prove my side. According to what he read to me . I quote "All ten beneficiaries agreed to this agreement". So just what is this about ? If this get's any more complicated then it is, I will turn my interest over to my trust attorneys firm and let them handle it. It seems that Rollen is going to see other people about this. Richard, are going to go represent me in this you said I had nothing to worry about. Ray

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages

Save Message Text | Full Headers