# Law Offices of Thomas W. Pearlman

ATTORNEYS AT LAW

**Thomas W. Pearlman, Esq.**
**Richard C. Tallo, Esq.**

Post Office Drawer 9007
Providence, Rhode Island 02940

Telephone (401) 621-4000
(401) 726-1010
Toll Free (800) 230-4050
Fax (401) 726-3406
EIN # 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

March 29, 2006

Mr. Raymond P. Cyr, Jr.
5155 Colbright Road
Lake Worth, FL 33467

RE: Estate of Magda L. Burt

Dear Mr. Cyr:

Enclosed please find a Retainer Agreement and Hold Harmless Agreement for you to sign and return to me in the self-addressed envelope.

Very truly yours,

THOMAS W. PEARLMAN

TWP:dab

cc: Roland W. Burt, Jr. ✓

Enclosures