**Law Offices of Thomas W. Pearlman**
ATTORNEYS AT LAW

**Thomas W. Pearlman, Esq.**
**Richard C. Tallo, Esq.**

Post Office Drawer 9007
Providence, Rhode Island 02940

**Telephone** (401) 621-4000
(401) 726-1010
**Toll Free** (800) 230-4050
**Fax** (401) 726-3406
**EIN #** 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

March 27, 2006

**IN RE: ESTATE OF MAGDA L. BURT**
**FEE AGREEMENT**

## HOLD HARMLESS AGREEMENT

The undersigned hereby agrees to hold harmless from all liens, claims, subrogation, fees, expenses, and costs, ROLAND W. BURT, JR. and RAYMOND P. CYR, JR., costs and disbursements which cannot be reimbursed from proceeds of any and all recoveries by reason of litigation involving the Estate of Magda L. Burt, Bank of America, Robert Gates and/or Nyman Mfg. Co. and its officers. It is clearly understood the costs will be fully and fairly reimbursed from any and all proceeds of this litigation and will be a priority lien.

____________________________
Thomas W. Pearlman

Subscribed and sworn to before me in the City of Pawtucket, County of Providence, State of Rhode Island, this ______ day of March, 2006.

____________________________
Notary Public

ASSENTED TO:

____________________________
ROLAND W. BURT, JR.

____________________________
RAYMOND P. CYR, JR.

Blackstone Boulevard Terrace • 750 East Avenue • Pawtucket, RI 02860