This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Sat, 1 Apr 2006 17:47:55 -0800 (PST)

**From:** "linda burt" <burtla777@yahoo.com> View Contact Details Add Mobile Alert

**Subject:** magda burt estate

**To:** "Bud Cyr" <rsbd626@aol.com>, "Thomas Pearlman" <tom@pearlmanlawoffices.com>

Dear Tom,

This morning I opened my Friday mail and found what appears to be a draft of a consent order reference to the probate court of the City of Warwick:# 87301. It appears this order has your signature on it, and is dated 03-29-06 on my behalf and on behalf on Raymond Cyr. Much of the language in this draft flies in the face of my interests. Some of these interests we discussed with Ray Cyr and yourself on Monday, March 27, 2006. As you know, I would never have given my approval, for a draft with this wording. If this is an actual order or if if was signed by judge Isherwood, I demand it be appealed at once.

Sincerley,

Roland W. Burt, Jr.