BLISH & CAVANAGH LLP
COUNSELLORS AT LAW

March 9, 2006

By Messenger
The Honorable William Smith
United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Staci L. Kolb
Thomas E. Romano
Mary Cavanagh-Dunn
Ragan L. Willis

John H. Blish
Of Counsel

**Re:** ***Judith Lawton v. Bank of America and Robert Gates***
***U.S.D.C. No. 05-503S***

Dear Judge Smith:

As you will recall, a Rule 16 conference was held on February 8, 2006, with respect to the above-referenced action. At that conference, counsel reported that aside from the plaintiff Judith Lawton, there are nine additional beneficiaries of the Estate of Magda Burt who share similar interests and have similar potential causes of action, and that some of those beneficiaries have various actions pending in the Rhode Island Superior Court and the City of Warwick Probate Court. It was reported that efforts were underway to consolidate the beneficiaries' claims in a single federal court action. In that regard, as of the date of the conference, (1) the parties planned to seek to obtain a Consent Order from the Warwick Probate Court which would permit the beneficiaries to bring suit on a bond in the federal court; and (2) efforts had been initiated to prepare a joint agreement for the purpose of facilitating the filing of a federal court action by all ten beneficiaries on that bond. We also discussed the possibility of consolidating this new federal court action with the above-referenced action.

Your Honor requested that I relay the status of those efforts within thirty (30) days of that conference.

I am pleased to report that substantial progress has been made. The Probate Court approved an action on the bond, and an appropriate Consent Order is being drafted and will be filed with that court. In addition, a written joint agreement among counsel for the beneficiaries has been prepared and is presently being circulated for signature. I also understand that a complaint to bring suit on the bond in the federal court is being prepared.

However, this past Thursday, one of the ten beneficiaries, Beverly Kiepler, passed away. Based upon her untimely death, and the need to appoint an executor, this will

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542

BUSH & CAVANAGH

COUNSELLORS AT LAW



necessarily create a delay in the entry of the Consent Order and the execution of the joint agreement. Therefore, we respectfully request that we be allowed an additional thirty (30) days to further report to the Court on the status of this matter. I have spoken with opposing counsel, Steven Snow, and Robert Kiely, and neither has any objection to this request for additional time under the circumstances.

Very truly yours,

Karen A. Pelczarski /s/

Karen A. Pelczarski

KAP/pc

cc: Steven E. Snow, Esquire
Robert Kiely, Esquire
Mark A. Sjoberg, Esquire
Joseph A. Keough, Jr. Esquire
Russell Weddell, Esquire
Thomas W. Pearlman, Esquire
Ms. Judith Lawton
David Gilmore, Esquire

F:\DOCS\KAP\Burt, Magda\JudgeSmith ltr 3-7-06.wpd