2/10/06 ① C ② n ③ c T-7/14 ① C I S JH T7

BLISH & CAVANAGH LLP
COUNSELLORS AT LAW

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Staci L. Kolb
Thomas E. Romano
Mary Cavanagh-Dunn
Ragan L. Willis

John H. Blish
Of Counsel

April 7, 2006

HAND DELIVERED
The Honorable William Smith
United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

***Re:*** ***Judith Lawton v. Bank of America and Robert Gates***
***U.S.D.C. No. 05-503S***

Dear Judge Smith:

This letter responds to the request for a status report at the Rule 16 conference of February 8, 2006 relative to above-referenced action, and supplements my letter of March 9, 2006, a copy of which is enclosed. As Your Honor will recall, plaintiff Judith Lawton is one of ten beneficiaries of the Estate of Magda Burt who are expecting to file a second related federal court action on bonds of Bank of America to the Warwick Probate Court.

Yesterday, the City of Warwick Probate Court entered a Consent Order which authorized the beneficiaries to bring a federal court action on Bank of America's bonds. Just one final impediment exists to initiating this action. As I had previously reported, one of the ten beneficiaries, Beverly Kiepler, recently passed away. Her husband has retained Massachusetts counsel to probate her estate. I understand that a probate petition has been filed, and that it is anticipated that a representative of Mrs. Kiepler's estate will be appointed and will be in a position to join the remaining beneficiaries in filing a federal court action within the next thirty days.

We therefore anticipate that the ten beneficiaries will be filing federal claims on the bonds within the next five to six weeks. I believe Your Honor indicated that another Rule 16 conference would be scheduled in due course thereafter.

If the probate in Massachusetts does not proceed as anticipated, I will report to the Court accordingly. Otherwise, I assume that this satisfies the Court's request for a status report.

CLIENTS COPY

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542

BLISH & CAVANAGH LLP
COUNSELLORS AT LAW

Very truly yours,

Karen A. Pelczarski

KAP/pc

cc: Steven E. Snow, Esquire
Robert Kiely, Esquire
Mark A. Sjoberg, Esquire
Joseph A. Keough, Jr. Esquire
Russell Weddell, Esquire
Thomas W. Pearlman, Esquire
Judith Lawton
David Gilmore

F:\DOCS\KAP\Burt, Magda\JudgeSmith ltr 4-9-06.wpd