# RETAINER AGREEMENT

1) CLIENTS have a claim against Trustees of Estate of Magda Burt and Officers of Nyman Manufacturing, for fair value of our inheritance in the City of Warwick / East Providence, State of Rhode Island on or about the 7th day of May 1995 and thereafter.

2) CLIENTS do hereby employ ATTORNEY to handle said claim past, present and future to a final judgment or settlement, and in consideration of the services rendered and to be rendered herein by ATTORNEY,

CLIENTS agree to pay the following fee: One-third (1/3), 33 1/3% of any recovery plus 5% for group legal work of 12 beneficiaries of the Estate of Magda L. Burt.

RETAINER: Already paid $2,500.00

3) Appellate work, motions for new trial, counterclaims and unanticipated matters are extra.

4) It is agreed that ATTORNEY has made no guarantees regarding the successful termination of said cause of action, and all expressions relative thereto are matters of their opinion only.

5) CLIENTS agree to be responsible for all Court costs, medical expenses, witness, and expert expenses, investigation expenses, photo, postal, travel, etc. incurred in the prosecution of this cause from any settlement subject to hold harmless agreement, i.e. not to exceed amount of recovery.

6) ATTORNEY may bring in their co-counsel, and share fees, and/or another Attorney to work on this matter.

7) Any dispute not resolvable after best efforts to resolve shall be submitted to binding arbitration under the provisions of the Rhode Island Arbitration Act, namely, ch 10-4 of R.I. General Laws as amended.

| | |
|---|---|
| WITNESS | THOMAS W. PEARLMAN, ESQ. |
| WITNESS | ROLAND W. BURT, JR. |
| WITNESS | RAYMOND P. CYR, JR. |

DATED: