# SV SJOBERG & VOTTA Law Offices

Mark A. Sjoberg
Paul J. Votta, Jr.

*William J. Stanton
†Jennifer A. Niedzinski

* admitted in Massachusetts only
† admitted in Mass. and RI

200 Centerville Road, Suite 4
Warwick, Rhode Island 02886

Telephone (401) 737-9696
Fax (401) 737-9119
E-mail sjoberg@erols.com
Website sjoberg.lawoffice.com

April 6, 2006

**VIA FACSIMILE**

Thomas W. Pearlman, Esq.
Richard C. Tallo, Esq.
P.O. Drawer 9007
Providence, RI 02940
(401) 726-3406 Fax

Re: Estate of Magda L. Burt

Gentlemen:

Per Attorney Sjoberg's conversation with Richard yesterday, paragraph 1(a)(iii) of the Consent Order is intended to give the beneficiaries a choice in whether to dismiss or stay their respective actions.

Very truly yours,

Jennifer A. Niedzinski, Esq.

JAN/se