SV SJOBERG & VOTTA Law Offices

Mark A. Sjoberg
Paul J. Votta, Jr.

200 Centerville Road, Suite 4
Warwick, Rhode Island 02886

Telephone (401) 737-9696
Fax (401) 737-9119
E-mail sjoberg@erols.com
Website sjoberg.lawoffice.com

May 31, 2002

Robert Corrente, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Re: Roland W. Burt, Jr. v. Rhode Island Hospital Trust National Bank

Dear Mr. Corrente:

I am forwarding unsigned the stipulation that Tom Pearlman requested be circulated in the various Burt matters. To my knowledge, Beverly Kiepler is not a party to any of these actions so it is unclear to me why my signature was requested on the stipulation. By copy of this letter to other counsel, I am so advising them of my position.

Sincerely,

Mark A. Sjoberg, Esquire

MAS/sp
Enclosure

cc: Thomas W. Pearlman, Esq.
Steven E. Snow, Esq./Matthew C. Worthen, Esq.

sp\burt.wpd

CLIENTS COPY

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ROLAND W. BURT, JR.
VS.
RHODE ISLAND HOSPITAL TRUST,
INDIVIDUALLY AND AS EXECUTOR
OF THE ESTATE OF MAGDA L. BURT

C. A. No. 93-1285

ROLAND W. BURT, JR.
VS.
RHODE ISLAND HOSPITAL TRUST
NATIONAL BANK, ET AL

C. A. No. 02-2243

ROLAND W. BURT, JR.
VS.
ROBERT B. GATES, ET AL

P. P. No. 02-2316

**STIPULATION**

Upon agreement by the parties, it is hereby agreed that the Motion to Consolidate in the above matters be continued from May 23, 2002, to June 27, 2002.

Steven E. Snow, Esq. #1774
Matthew C. Worthen, Esq. #6272
Partridge, Snow & Hahn LLP
180 South Main Street
Providence RI 02903

Thomas W. Pearlman, Esq. #0825
P O Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

Mark A. Sjoberg, Esq. #
Sjoberg & Votta Law Offices
200 Centerville Road
Warwick RI 02886

Robert Corrente, Esq. #
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence RI 02903
Tel.: (401) 274-2000
Fax: (401) 277-9600

Dated: May , 2002

# CERTIFICATION

I hereby certify that on this ______ day of May, 2002, I caused a copy of the within pleading to be mailed by first class mail, postage prepaid, or hand delivered to the following attorney(s) of record:

Mark A. Sjoberg, Esquire
Sjoberg & Votta Law Offices
200 Centerville Road
Warwick RI 02886

Robert B. Gates, Esquire
1309 Turks Head Building
Providence RI 02903

Steven E. Snow, Esquire
Matthew C. Worthen, Esquire
Partridge, Snow & Hahn LLP
180 South Main Street
Providence RI 02903-7120

Robert Corrente, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence RI 02903

______________________________