# United States District Court

DISTRICT OF

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KEIPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER

Plaintiffs

v.

ROLAND W. BURT, JR.

Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-394T

TO: (Name and Address of Defendant)

ROLAND W. BURT, JR.
24 LESTER STREET
RUMFORD, RI 02916

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Snow (31774)
Carolyn P. Medina (#7109)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Joseph A. Keough, Jr. (#4925
Keough & Sweeney, Ltd.
100 Armistice Blvd.
Pawtucket, RI 02860

Mark A. Sjoberg (#2427
Sjoberg & Votta Law Offices
200 Centerville Road, Suite 4
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

9-1-06

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9-7-06 |
| NAME OF SERVER (PRINT) Robert J. Kildoff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 24 Lester Street, Rumford, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $ 45.00 | $ 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/7/06 At 12:13Pm
Date

[signature]
*Signature of Server*

16 Cornell Ave
Rumford, RI 02916
*Address of Server*

FILED
2006 SEP 13 A 11: 06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.