UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Bank of America, NA, et al., Plaintiffs, | ) | |
| v. | ) | CA No. 06-394 S |
| Roland W. Burt, Jr., Defendant. | ) | |

**PRETRIAL ORDER**

(Civil Case)

Following a conference with the parties, and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Dispositive Motions. The parties shall file cross motions for summary judgment by **December 14, 2006.** Replies shall be filed in accordance with the Local Rules.

By Order

Karen Baldwin

Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: October 30, 2006