# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KEIPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER<br>Plaintiffs<br><br>v.<br><br>ROLAND W. BURT, Jr.<br>Defendant | C.A. No. 06-394 |

**<u>PLAINTIFFS' RULE 12.1 STATEMENT OF UNDISPUTED FACTS</u>**

Pursuant to Local Rule 12.1, Plaintiffs, Bank of America, N.A., Judith A. Lawton, Janice Leffingwell, Joan Grant, and John Kiepler, as Executor of the estate of Beverly Kiepler, by their respective undersigned attorneys (collectively, the "Plaintiffs") submit the following statement of undisputed facts.

1. Plaintiff Bank of America, N.A. (the "Bank") is a national bank, established by charter from the government of the United States of America, with a principal place of business in Charlotte, North Carolina. Bank of America is the successor Executor of the Estate of Magda L. Burt, an estate subject to the jurisdiction of the Probate Court of the City of Warwick, Rhode Island.

2. Plaintiff Judith A. Lawton is a citizen of the state of Florida and is one of 10 residuary legatees ("Beneficiaries") of the Estate of Magda L. Burt.

3. Plaintiff Janice Leffingwell is a citizen of the Commonwealth of Massachusetts and a Beneficiary of the Estate of Magda L. Burt

4. Plaintiff Joan Grant is a citizen of the Commonwealth of Massachusetts and a Beneficiary of the Estate of Magda L. Burt

5. Plaintiff John Keipler, as executor of the Estate of Beverly J. Keipler, is a citizen of the Commonwealth of Massachusetts and a Beneficiary of the Estate of Magda L. Burt.

6. Defendant Roland W. Burt, Jr. ("Mr. Burt") is a citizen of the state of Rhode Island and a Beneficiary of the Estate of Magda L. Burt.

7. For a number of years, litigation has existed in the Rhode Island state courts and, more recently, the United States District Court of the District of Rhode Island, relating to the administration of the Estate of Magda L. Burt. This litigation has consisted of numerous lawsuits, brought by the Beneficiaries either individually or in small groups.

8. Starting in 1993, Defendant Roland Burt filed several of these suits through attorney Thomas W. Pearlman (hereinafter, "Mr. Pearlman"). See Exhibit A, Complaint in C.A. No. 93-1285. See Exhibit B, Complaint in C.A. No 02-2243. See Exhibit C, Complaint in C.A. 02-2316.

9. In addition, Mr. Burt, though Mr. Pearlman remained an active participant in the administration of the Estate of Magda Burt, filing numerous petitions and motions. See Exhibit D, Collection of Petitions filed by Mr. Pearlman on behalf of Mr. Burt in the Probate Court for the City of Warwick, PC No. 87-310.

10. In 2005, as a result of cross motions for summary judgment in another lawsuit relating to the Estate of Magda Burt brought by Beverly J. Keipler, (Keipler v. Bank of America, C.A. No. 98-337) it became apparent that, unless the Bank resigned as Executor, it would be necessary to have a trial on the issue of removal of the Bank as Executor, and if after such a trial Plaintiff (Keipler) was successful in having the Bank removed, an action could be brought on the Bank's bond, which would likely require a second subsequent trial. See Exhibit E, Order Denying Plaintiff's Motion for Summary Judgment.

11. No other Beneficiaries are parties to the Keipler lawsuit.

12. Shortly thereafter, discussions and negotiations commenced between counsel for Keipler, the Bank and the other Beneficiaries, including Mr. Pearlman as to how the procedural progress of the various cases might be expedited. See Exhibit F, Affidavit of Mark Sjoberg, Esq.

13. Through counsel, the Bank and the Beneficiaries eventually reached an agreement that would allow a single action on the Bank's bond in the United States District Court for the District of Rhode Island, with no admission of liability or of breach of fiduciary duty or bond obligation, preserving the rights and defenses of all parties, and staying or dismissing all other actions. See Exhibit F.

14. Once this agreement was reached, counsel for the Beneficiaries, again, including Mr. Pearlman, also came to an agreement as to how the management of the single action would proceed. See Exhibit F.

15. When that issue was resolved amongst the Beneficiaries, the agreement that had been reached for the single action on the bond was memorialized in a Consent Order, which was signed by counsel for all of the Beneficiaries and by the Bank. See Exhibit F. A true and accurate copy of the Consent Order is attached hereto and incorporated herein as Exhibit G.

16. The signed Consent Order was presented to Judge Isherwood of the Probate Court of the City of Warwick on April 6, 2006. See Exhibit F.

17. Mr. Burt was represented at this hearing by Mr. Pearlman, who had signed the Consent Order on Mr. Burt's behalf. See Exhibit F.

18. Having been previously informed of the negotiations between the parties, Judge Isherwood reviewed the proposed Consent Order, signed it and it was entered. See Exhibit F.

19. No objection was made by any party, including Mr. Pearlman, to the entry of the Consent Order. See Exhibit F.

20. On April 25, 2006, Mr. Pearlman, again on behalf of Mr. Burt filed a Claim of Appeal in the Probate Court of the City of Warwick challenging the validity of the Consent Order. See Exhibit H.

21. Up to this point, all parties dealt with Mr. Pearlman in the good faith belief that he represented Mr. Burt and had full authority to act on his behalf. See Exhibit F.

BANK OF AMERICA
By Its Attorneys,
PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

JUDITH A. LAWTON
By Her Attorneys,
BLISH & CAVANAGH LLP

/s/ Karen A. Pelczarski
Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 FAX
kap@blishcavlaw.com
slk@blishcav.com

JANICE LEFFINGWELL and
JOAN GRANT

By their Attorneys,

KEOUGH & SWEENEY, LTD.

/s/ Joseph A. Keough, Jr.
Joseph A. Keough, Jr. (#4925)
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600

JOHN KIEPLER, Executor u/w/o
Beverly J. Kiepler

By His Attorneys,

SJOBERG & VOTTA LAW OFFICES

/s/ Mark A. Sjoberg
Mark A. Sjoberg (#2427)
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 FAX

DATED: December 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFFS' RULE 12.1 STATEMENT OF UNDISPUTED FACTS was filed with the Clerk of the United States District Court for the District of Rhode Island this 8th day of December, 2006 and has been sent by prepaid first class mail addressed to:

Roland W. Burt, Jr.
24 Lester Street
Rumford, RI 02916

/s/ Steven E. Snow

884362_1