# EXHIBIT E

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

KENT, SC. SUPERIOR COURT

05 MAY 18 PM 3:44
KENT SUPERIOR COURT
JANE M. ANTHONY, CLERK

JUN 17 2005

BEVERLY J. KIEPLER,
Appellant

v. C.A. No. KC98-337

ROBERT B. GATES and RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, Alias, Co-Executors of the Will of Magda L. Burt, Alias, resident Decedent of Warwick, Rhode Island,
Appellees

COPY

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter, having come before the Court on the 9th day of May, 2005, on Plaintiff's Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment on Appellant's Request for Judgment on the Co-Executors' Bond, Honorable O. Rogeriee Thompson presiding, and after hearing thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That Plaintiffs' Motion for Summary Judgment is denied; and

2. The parties agreed in open court that the claim for judgment on the Co-Executor's bond was not yet ripe. In the event that the Co-Executors are eventually removed, this case would be remanded for further proceedings in the Probate Court.

ENTERED:

O. Rogeriee Thompson

PER ORDER:

Kristal St Jacques
5/18/05 Deputy Clerk

Respectfully submitted by:

Steven E. Snow (#1774)
Attorney for Plaintiffs
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2005, the within Order was mailed to:

Mark J. Sjoberg, Esq.
Jennifer A. Niedzinski, Esq.
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886

Robert E. Kiely, Esq.
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Fred L. Mason, Jr., Esq.
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917

Angeleta Montecone

630368_1/2190-2
799046_1/941-502

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

KENT, SC. SUPERIOR COURT

BEVERLY J. KIEPLER,
Appellant

v.

ROBERT B. GATES and RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, Alias, Co-Executors of the Will of Magda L. Burt, Alias, resident Decedent of Warwick, Rhode Island,
Appellees

C.A. No. KC98-337

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter, having come before the Court on the 9th day of May, 2005, on Plaintiff's Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment on Appellant's Request for Judgment on the Co-Executors' Bond, Honorable O. Rogeriee Thompson presiding, and after hearing thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That Plaintiffs' Motion for Summary Judgment is denied; and

2. The parties agreed in open court that the claim for judgment on the Co-Executor's bond was not yet ripe. In the event that the Co-Executors are eventually removed, this case would be remanded for further proceedings in the Probate Court.

ENTERED: PER ORDER:

______________________ ______________________

Respectfully submitted by:

Steven E. Snow (#1774)
Attorney for Plaintiffs
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2005, the within Order was mailed to:

Mark J. Sjoberg, Esq.
Jennifer A. Niedzinski, Esq.
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886

Robert E. Kiely, Esq.
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Fred L. Mason, Jr., Esq.
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917

Angelita Montecione

630368_1/2190-2
799046_1/941-502