# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER
Plaintiffs

C.A. No. 06-394

v.

ROLAND W. BURT, Jr.
Defendant

**AFFIDAVIT OF MARK A. SJOBERG, ESQ.**

Now comes Mark A. Sjoberg, Esq., being first duly sworn upon oath, and deposes and says as follows:

1. I entered my appearance in the Warwick Probate Court ("probate court") on behalf of Beverly J. Kiepler in re the Estate of Magda Burt ("Decedent"), Estate #87-310, on or about March 10, 1998. My entry of appearance was served upon Thomas W. Pearlman, Esq. ("Mr. Pearlman") in his capacity as attorney of record to Roland W. Burt, Jr. ("Defendant"). *See Exhibit 1: Sjoberg's Entry of Appearance.*

2. Since March 10, 1998, Mr. Pearlman held himself out to me as Defendant's attorney in the various matters and litigation arising out of Decedent's estate. As far as they involved the Defendant, my dealings regarding the same were exclusively with Mr. Pearlman as his counsel. I had no direct dealings with Defendant until he filed an entry of appearance pro se on July 12, 2006 in the Kent County Superior Court in civil action entitled, "Roland W. Burt, Jr. v. Robert Gates and Bank of America as executors of the estate of Magda Burt", C.A. No. KP2006-0406. *See Exhibit 2: Burt's Entry of Appearance.* Notwithstanding said pro se entry in superior court, I have not been served with a motion by Mr. Pearlman for leave to withdraw as Defendant's attorney of record in Decedent's estate pending in probate court.

3. Mr. Pearlman filed various motions concerning Decedent's estate and appeared before the probate court for Defendant in various conferences and hearings that ultimately resulted in the entry of the Consent Order on April 6, 2006 ("Consent Order") as countersigned by all attorneys of record for their respective clients. *See Exhibit 3: Consent Order.*

4. On January 26, 2006, I received the attached letter from Mr. Pearlman indicating that Defendant was agreeable to work together with all of the residuary beneficiaries of Decedent's estate. *See Exhibit 4: Correspondence dated January 25, 2006.*

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

5. On March 29, 2006 and on March 31, 2006, I received the attached facsimile letters with signature pages of the Consent Order executed by Mr. Pearlman on behalf of Defendant. *See Exhibits 5 and 6: Facsimiles from Mr. Pearlman dated March 29, 2006 and March 31, 2006.* I had earlier requested that all counsel provide me with their executed stipulations to be compiled with the Consent Order for presentation to the probate court for entry on April 6, 2006.

6. Mr. Pearlman was present at the probate court hearing on April 6, 2006 when the Consent Order was presented to and entered by the probate court and did not raise an objection to the same. *See Exhibit 7: Probate Court General Docket Sign-In Sheet for April 6, 2006.*

MARK A. SJOBERG, ESQ.

STATE OF RHODE ISLAND
KENT SC.
Subscribed and sworn to before me on this 6th day of December, 2006 by Mark A. Sjoberg, Esq.

NOTARY PUBLIC
My commission expires:

Susan Poole
NOTARY PUBLIC
State of Rhode Island Comm. No. 23547
Commission Expires 6/23/09

F:\MM\SHARED\PROB-decedent's estates\Burt-Kiepler\USDC- Sjoberg.Affidavit.wpd

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

**EXHIBIT 1**

STATE OF RHODE ISLAND
COUNTY OF KENT

PROBATE COURT OF THE
CITY OF WARWICK

ESTATE OF MAGDA L. BURT,
Resident decedent

No. 87-310

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Beverly J. Keipler, Alias Beverly J. Nyman Branch, ("Beneficiary"), in the within estate and respectfully represent as follows:

Beneficiary is: (a.) the niece of Magda L. Burt ("Decedent") and an interested person in her estate and (b.) a vested residuary beneficiary under the terms of Decedent's Will (Article Nine thereof).

Respectfully submitted,
Beverly J. Keipler,
By Her Attorneys,

Mark A. Sjoberg, Esq. (#2427)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696

**CERTIFICATION**

I HEREBY CERTIFY that I mailed a copy of the within entry of appearance/appointment of agent by regular mail, postage prepaid, to:

Robert B. Gates, Esq., 1309 Turks Head Building, Providence, RI 02903 (Co-executor);
Robert J. Tyler, Jr., RHODE ISLAND HOSPITAL TRUST, One Hospital Trust Plaza, Providence, RI 02903 (Co-executor);
Robert B. Gates, Esq., 1309 Turks Head Building, Providence, RI 02903 (Counsel to Estate of June Gilmore, deceased, residuary beneficiary);
Thomas W. Pearlman, Esq., P.O. Drawer 9007, Providence, RI 02940 (Counsel to Roland W. Burt, Jr., residuary beneficiary);
Judith A. Lawton, 90 Juniper Drive, West Warwick, RI 02893 (residuary beneficiary);
Raymond P. Cyr, Jr., 5155 Colbright Road, Lake Worth, FL 33460 (residuary beneficiary);
Janice Leffingwell, 24 Walker Street, Seekonk, MA 02771 (residuary beneficiary);
Janis B. Fisher, 39 Observatory Road, Warwick, RI 02888 (residuary beneficiary);
Joan Grant, 53 School Street, Rehoboth, MA 02769 (residuary beneficiary);

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

Carol Lincoln, 327 Evergreen Street, Pawtucket, RI 02861 (residuary beneficiary); and

Joyce Hendricks, 310 Smithfield Road, North Providence, RI 02911 (residuary beneficiary)

on March 10, 1998.

Susan Poole

F:\..\probate
burtent2.wpd
031098mas

SV
SJOBERG & VOTTA
Law Offices
200 Centerville Road
Warwick, RI 02886

**EXHIBIT 2**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

ENTRY OF APPEARANCE
CIVIL ACTION

| CASE # | ❑ SUPREME COURT ☒ SUPERIOR COURT ❑ DISTRICT COURT | Kent (COUNTY/DIVISION) | ATTORNEY REGISTRATION # |
|---|---|---|---|
| KPOL-406 | | | |

Roland Burt

VS

Robert Gates

VS

I HEREBY ENTER MY APPEARANCE FOR:

☒ Plaintiff ❑ 3rd Party Plaintiff ❑ Appellee
❑ Defendant ❑ 3rd Party Defendant ❑ Appellant

(Please Print or Type)

ROLAND W. BURT JR.
ATTORNEY

94 LESTER STREET
ADDRESS
[illegible] R.I. 02916

R.W. Burt 7/12/06
SIGNATURE DATE

White - Clerk's Office Copy Yellow - Opposing Attorney's Copy Pink - Attorney's Copy S-205

**EXHIBIT 3**

STATE OF RHODE ISLAND
COUNTY OF KENT

PROBATE COURT OF THE
CITY OF WARWICK

Estate of MAGDA L. BURT,
*Resident decedent*

No. 87-310

**CONSENT ORDER**

This matter came for hearing on December 1, 2005 and conferences thereafter before Probate Judge Stephen M. Isherwood upon petitions for removal of Bank of America, N.A., successor in interest to Fleet National Bank and Rhode Island Hospital Trust National Bank ("BOA"), as co-executor and successor executor ("Executor") of the will of Magda L. Burt ("Decedent") and BOA's objections thereto, and in consideration thereof, after hearing thereon, and by agreement of the parties, it is hereby:

**ORDERED, ADJUDGED and DECREED:**

1. Pursuant to RIGL §§33-17-1 *et seq.*, the residuary beneficiaries under Decedent's will ("Beneficiaries") are hereby authorized:

   a. To sue on BOA's bonds to this Court as Executor in a single civil action in the United States District Court for the District of Rhode Island, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the following terms and conditions:

      i. By assenting to this Order, BOA makes no admission of liability or breach of fiduciary duty or bond obligation as Executor and reserves all its claims and defenses in said capacity, including those which have been asserted in various Superior Court actions brought by individual Beneficiaries.

      ii. The Court makes no finding of fact or law regarding any liability or breach of fiduciary duty or unfaithful administration by BOA as Executor at this time.

      iii. By assenting to this Order, the Beneficiaries reserve all their joint and several claims and defenses against the co-executors of Decedent's will, and the Beneficiaries agree to stay or dismiss (without prejudice) all pending Superior Court actions brought by individual Beneficiaries.

   b. To sue on Robert B. Gates' bonds to this Court as Executor in a single civil action in the Rhode Island Superior Court, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the terms and conditions set forth in the Order of this Court entered October 13, 2005.

2. The Executor's inventories and accountings shall be held *nisi* without finding and neither co-executor shall be discharged upon their bonds to the Court at this time.

3. All other pending petitions and objections shall pass without prejudice.

Entered as an Order this 6th day of April, 2006.

PER ORDER:

Probate Clerk

ENTER:

Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Roland W. Burt, Jr. &
Raymond P. Cyr, Jr.
By Their Attorneys,

Thomas W. Pearlman, Esq. (#0825)
Richard C. Tallo, Esq. (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 Fax

**CERTIFICATION**

I HEREBY CERTIFY that I mailed a copy of the within order by regular mail, postage prepaid, on April 5, 2006 to:

- Fred L. Mason, Jr., Esq. MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917 (co-counsel for Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY LLP, 85 Devonshire Street, Boston, MA 02109 (co-counsel for Robert B. Gates)
- Steven E. Snow, Esq. & Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, 180 South Main Street, Providence, RI 02903-7120 (counsel for BOA)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)
- Staci L. Kolb, Esq. & Karen A. Pelczarski, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton and David Gilmore, beneficiaries)
- Richard C. Tallo, Esq. & Thomas W. Pearlman, Esq., 750 East Avenue, P.O. Drawer 9007, Providence, RI 02940 (counsel for Roland W. Burt, Jr. & Raymond P. Cyr, Jr., beneficiary)

PROB-decedent's estates\Burt-Keipler\WPC-order (03-06)

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

______________________________ ______________________________

Probate Clerk Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

______________________________

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys, 4/4/06

______________________________

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

______________________________

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

______________________________

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

Probate Clerk

Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Entered as an Order this _____ day of April, 2006.

PER ORDER: ENTER:

Probate Clerk

Stephen M. Isherwood, Probate Judge

**STIPULATION:**

*Agreed to in form and substance, the parties stipulating further that facsimile signatures hereon shall be accepted as original and that a certified copy of this Consent Order after entry shall have the same force and effect as a duplicate original.*

Beverly Kiepler & Janis B. Fisher
By Their Attorneys,

Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

Joan Grant, Joyce Hendricks,
Carol Lincoln & Janice Leffingwell
By Their Attorneys,

Joseph A. Keough, Jr., Esq. (#4925)
KEOUGH & SWEENEY
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 Fax

Judith A. Lawton & David Gilmore
By Their Attorneys,

Staci L. Kolb
Karen A. Pelczarski (slk)

Staci L. Kolb, Esq. (#5451)
Karen A. Pelczarski, Esq. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903-1765
(401) 831-8900
(401) 751-7542 Fax

Roland W. Burt, Jr. &
Raymond P. Cyr, Jr.
By Their Attorneys,

3/31/06

Thomas W. Pearlman, Esq. (#0825)
Richard C. Tallo, Esq. (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 Fax

## CERTIFICATION

I HEREBY CERTIFY that I mailed a copy of the within order by regular mail, postage prepaid, on March _____, 2006 to:

- Fred L. Mason, Jr., Esq. MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917 (co-counsel for Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY LLP, 85 Devonshire Street, Boston, MA 02109 (co-counsel for Robert B. Gates)
- Steven E. Snow, Esq. & Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, 180 South Main Street, Providence, RI 02903-7120 (counsel for BOA)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)
- Staci L. Kolb, Esq. & Karen A. Pelczarski, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton, beneficiary)
- Richard C. Tallo, Esq. & Thomas W. Pearlman, Esq., 750 East Avenue, P.O. Drawer 9007, Providence, RI 02940 (counsel for Roland W. Burt, Jr. & Raymond P. Cyr, Jr., beneficiary)
- David Gilmore, 115 Iroquois Drive, Warwick, RI 02888 (successor in interest to June Gilmore, deceased beneficiary)
- Janis B. Fisher, 39 Observatory Road, Warwick, RI 02888 (beneficiary)



SJOBERG & VOTTA LAW OFFICES
Received 4/3/ , 20 06

EXHIBIT 4

**Law Offices of Thomas W. Pearlman**
ATTORNEYS AT LAW

**Thomas W. Pearlman, Esq.**
**Richard C. Tallo, Esq.**

Post Office Drawer 9007
Providence, Rhode Island 02940

Telephone (401) 621-4000
(401) 726-1010
Toll Free (800) 230-4050
Fax (401) 726-3406
EIN # 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

January 25, 2006

Mark A. Sjoberg, Esquire
Sjoberg & Votta
200 Centerville Road, Suite 4
Warwick RI 02886

737-9696
737-9119-Fax

RE: Estate of Magda Burt

Dear Attorney Sjoberg:

My clients, Roland W. Burt, Jr. and Raymond P. Cyr, Jr., are agreeable to work together with all ten residuary beneficiaries. I thought Attorney Keough was going to draft a proposed agreement which should have an arbitration clause.

Very truly yours,

THOMAS W. PEARLMAN

TWP:geg
cc: Roland W. Burt, Jr.
Raymond P. Cyr, Jr.

FILE Kiepler / Burt
Subfile corr
Sent 1/26/06 by MV

SJOBERG & VOTTA LAW OFFICES
Received 1/26, 20 06

EXHIBIT 5

**Law Offices of Thomas W. Pearlman**
ATTORNEYS AT LAW

**Thomas W. Pearlman, Esq.**
**Richard C. Tallo, Esq.**

Post Office Drawer 9007
Providence, Rhode Island 02940

Telephone (401) 621-4000
(401) 726-1010
Toll Free (800) 230-4050
Fax (401) 726-3406
EIN # 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

**FAX COVER SHEET**

DATE: March 29, 2006

NUMBER OF PAGES INCLUDING COVER SHEET: 4

TO: Mark A. Sjoberg, Esquire

FIRM: Sjoberg & Votta Law Offices

FAX #: 737-9119

FROM: THOMAS W. PEARLMAN, ESQUIRE

RE: Estate of Magda L. Burt
No.: 87-310

MESSAGE:

A copy of the signed Consent Order.

PLEASE NOTE: THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHICH IT IS ADDRESSED.

This fax may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient, or the person authorized to deliver this fax to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this fax is prohibited. If you have received this fax in error, please notify us immediately by telephone (collect) and return the original fax to us at the above address by first class mail.

COPY TO FOLLOW BY U.S. MAIL: YES _X_ NO

Blackstone Boulevard Terrace • 750 East Avenue • Pawtucket, RI 02860

STATE OF RHODE ISLAND
COUNTY OF KENT

PROBATE COURT OF THE
CITY OF WARWICK

ESTATE OF MAGDA L. BURT
*Resident decedent*

NO. 87-310

**CONSENT ORDER**

This matter came for hearing on December 1, 2005 and conference thereafter before Probate Judge Stephen M. Isherwood upon petitions for removal of Bank of America, N.A., successor in interest to Fleet National Bank and Rhode Island Hospital Trust National Bank ("BOA"), as co-executor and successor executor ("Executor") of the will of Magda L. Burt ("Decedent") and BOA's objections thereto, and in consideration thereof, after hearing thereon, and by agreement of the parties, it is hereby:

**ORDERED, ADJUDGED and DECREED:**

1. Pursuant to RIGL §§33-17-1 *et seq.*, the residuary beneficiaries under Decedent's will ("Beneficiaries") are hereby authorized:

   a. To sue on BOA's bonds to this Court as Executor in a single civil action in the United States District Court for the District of Rhode Island, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the following terms and conditions:

      i. By assenting to this Order, BOA makes no admission of liability or breach of fiduciary duty or bond obligation as Executor and reserves all its claims and defenses in said capacity, including those which have been asserted in various Superior Court actions brought by individual Beneficiaries.

      ii. The Court makes no finding of fact or law regarding any liability or breach of fiduciary duty or unfaithful administration by BOA as Executor at this time.

      iii. By assenting to this Order, the Beneficiaries reserve all their joint and several claims and defenses against the co-executors of Decedent's will, and the Beneficiaries agree to stay or dismiss (without prejudice) all pending Superior Court actions brought by individual Beneficiaries.

   b. To sue on Robert B. Gates' bonds to this Court as Executor in a single civil action in the Rhode Island Superior Court, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the terms and conditions set forth in the Order of this Court entered October 13, 2005.

TW P Esko 3/29/06

2. The Executor's inventories and accountings shall be held *nisi* without finding and neither co-executor shall be discharged upon their bonds to the Court at this time.

3. All other pending petitions and objections shall pass without prejudice.

Entered as an Order this __________ day of March, 2006.

PER ORDER:

____________________________
Probate Clerk

ENTER:

____________________________
Stephen M. Isherwood, Probate Judge

Beverly Kiepler
By Her Attorneys,

____________________________
Mark A. Sjoberg, Esquire (#2427)
Jennifer A. Niedzinski, Esquire (#6842)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696 Telephone
(401) 737-9119 Fax

BANK OF AMERICA, N.A.
By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

____________________________
Steven E. Snow, Esq. (#1774)
Carolyn P. Medina, Esq. (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

Joan Grant, Joyce Hendricks,
Carol Lincoln, & Janice Leffingwell
By Their Attorney,

____________________________
Joseph A. Keough, Jr., Esq. (#4925)
Keough & Sweeney
100 Armistice Boulevard
Pawtucket, RI 02860
(401) 724-3600
(401) 724-9909 FAX

____________________________
David Gilmore, Esq.
115 Iroquois Drive
Warwick, RI 02888

____________________________
Janis B. Fisher
39 Observatory Road
Warwick, RI 02888

RW P, esq
3/29/06

TOTAL P.04

Roland W. Burt, Jr. and Judith A. Lawton

**EXHIBIT 6**

# Law Offices of Thomas W. Pearlman

ATTORNEYS AT LAW

**Thomas W. Pearlman, Esq.**
**Richard C. Tallo, Esq.**

Post Office Drawer 9007
Providence, Rhode Island 02940

Telephone (401) 621-4000
(401) 726-1010
Toll Free (800) 230-4050
Fax (401) 726-3406
EIN # 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

**<u>FAX COVER SHEET</u>**

DATE: March 31, 2006

NUMBER OF PAGES INCLUDING COVER SHEET: 2

TO: Mark A. Sjoberg, Esquire

FIRM: Sjoberg & Votta Law Offices

FAX #: 737-9119

FROM: THOMAS W. PEARLMAN, ESQUIRE

RE: Estate of Magda L. Burt
No.: 87-310

MESSAGE:

A copy of the signature page of the Consent Order. The original is being mailed today.

<u>PLEASE NOTE:</u> THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHICH IT IS ADDRESSED.

This fax may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient, or the person authorized to deliver this fax to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this fax is prohibited. If you have received this fax in error, please notify us immediately by telephone (collect) and return the original fax to us at the above address by first class mail.

COPY TO FOLLOW BY U.S. MAIL: YES _X_ NO

Blackstone Boulevard Terrace • 750 East Avenue • Pawtucket, RI 02860

Roland W. Burt, Jr. &
Raymond P. Cyr, Jr.
By Their Attorneys,

3/31/06

Thomas W. Pearlman, Esq. (#0825)
Richard C. Tallo, Esq. (#0504)
P.O. Drawer 9007
Providence, RI 02940
(401) 726-1010
(401) 726-3406 Fax

## CERTIFICATION

I HEREBY CERTIFY that I mailed a copy of the within order by regular mail, postage prepaid, on March _____, 2006 to:

- Fred L. Mason, Jr., Esq. MASON ASSOCIATES, P.C., 20 Cedar Swamp Road, Smithfield, RI 02917 (co-counsel for Robert B. Gates)
- Robert E. Kiely, Esq., REGAN & KIELY LLP, 85 Devonshire Street, Boston, MA 02109 (co-counsel for Robert B. Gates)
- Steven E. Snow, Esq. & Carolyn P. Medina, Esq., PARTRIDGE, SNOW & HAHN, 180 South Main Street, Providence, RI 02903-7120 (counsel for BOA)
- Joseph A. Keough, Jr., Esq., KEOUGH & SWEENEY, 100 Armistice Boulevard, Pawtucket, RI 02860 (counsel for Joan Grant, Joyce Hendricks, Carol Lincoln & Janice Leffingwell, beneficiaries)
- Staci L. Kolb, Esq. & Karen A. Pelczarski, Esq., BLISH & CAVANAGH, 30 Exchange Terrace, Providence, RI 02903-1765 (counsel for Judith A. Lawton, beneficiary)
- Richard C. Tallo, Esq. & Thomas W. Pearlman, Esq., 750 East Avenue, P.O. Drawer 9007, Providence, RI 02940 (counsel for Roland W. Burt, Jr. & Raymond P. Cyr, Jr., beneficiary)
- David Gilmore, 115 Iroquois Drive, Warwick, RI 02888 (successor in interest to June Gilmore, deceased beneficiary)
- Janis B. Fisher, 39 Observatory Road, Warwick, RI 02888 (beneficiary)

______________________________

EXHIBIT 7

Duffy O'Rourke

Notice provision to be reviewed

# Probate Court of the City of Warwick

*It is Ordered:* That at each session of this Court, a docket shall be prepared in which parties or their attorneys having business before the Court, shall enter their names at such session. Any case, which is not presented in the order of the docket, shall not be entitled to consideration until all other persons who have entered their names have an opportunity to be heard in their order.

April 6th AD, 2006

## General Docket

| NAME OF ESTATE | WAIVER (Y/N) | REPRESENTED BY |
|---|---|---|
| Dara Clemal | | John Revens |
| Charlotte Mowry | (Y) | Mick Riffkin |
| Estate of Agvani Wolochojian | | James Wolochojan by William Grimm |
| Lillian Simblist | | Marvin Homonoff |
| Wilma Bentley | Y | Gabriella Goal |
| Magda Burt | Y | Mark Spring |
| Wayne Plympton | Y | " |
| Kathryn Wrenn | Y | " |
| Helen Ceplitska | | Robert J. Damiano |
| Mabel Burt | | Thomas Pearlman |
| Mildred ~~Boott~~ DiMeo | | Thomas Pearlman |
| Judith Scotti | | Richard Merola |
| Guisti | | ~~[illegible]~~ |
| Est John Carla Cydahy ~~[illegible]~~ | | Steven Placella |
| Carl Flock | | Dave Reilly |
| Cont acct to be filed Dorothy Bidotte | | ~~RJ Connelly~~ |
| Martha Logan | Y | Mark Heffner |
| Martha Barikwadt | | |
| Esther Randall (Estate) | | Elton B Randall |
| Agavni Wolochojan | | Patricia Hessler |
| David Costa | | Peter Madden |

# Probate Court of the City of Warwick

***It is Ordered:*** That at each session of this Court, a docket shall be prepared in which parties or their attorneys having business before the Court, shall enter their names at such session. Any case, which is not presented in the order of the docket, shall not be entitled to consideration until all other persons who have entered their names have an opportunity to be heard in their order.

________________ AD, ______

## General Docket

| NAME OF ESTATE | WAIVER (Y/N) | REPRESENTED BY |
|---|---|---|
| Lord, Marjorie | | [illegible] |
| 78 Francis Farrell | | Janet A. Mastronardi |
| 59 Michael J. Westen | | Katherine J. McAllister |
| 136 Helen Westen | | Katherine J. McAllister |
| 116 Dwight - Cardoza [illegible] | | [illegible] |
| Joseph T. Meenagh III | "Name Change Only" | |
| Coplick | | [illegible] Strachman |
| James Carroll | | [illegible] |
| Robert Yates | | Michael Cook |
| Mary Burke | | Michael Cook |
| Carmela Iovino | | Janis Iovino |
| Edward Kilday | | Louis DeSimone |
| Hilda Reynolds | | Stephen Baccia |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |