# EXHIBIT H

PC-9.3 (2/99)
formerly SW-10

DATE FILED ______ Court Use Only

STATE OF RHODE ISLAND
County of KENT

PROBATE COURT OF THE

Estate of MAGDA L. BURT

No. 87-310 4/24/06
Date

# CLAIM OF APPEAL

The undersigned, a party in interest, is aggrieved by an order or decree entered on 4/6/06
Date

whereby said court, (Enter all actions of the Court):

1. Pursuant to RIGL Sec.33-17-1 et seq, the residuary beneficiaries under Decedent's will ("Beneficiaries") are hereby authorized:
   a. To sue on BOA's bonds to this Court as Executor in a single civil action in the United States Court for the District of Rhode Island, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the following terms and conditions:
      i. By assenting to this Order, BOA makes no admission of liability or breach of fiduciary duty or bond obligation as Executor and reserves all its claims and defenses in said capacity, including those which have been asserted in various Superior Court actions brought by individual Beneficiaries.
      ii. This Court makes no finding of fact or law regarding any liability or breach of fiduciary duty or unfaithful administration by BOA as Executor at this time.
      iii. By assenting to this Order, the Beneficiaries reserve all their joint and several claims and defenses against the co-executors of Decedent's will, and the

(continued)

and in consequence thereof and as a result claim an appeal from said order or decree to the Superior Court for said County and request a certified copy of said claim and the record of the proceedings appealed from.

Thomas W. Pearlman, Esquire #0825
Attorney for Roland W. Burt, Jr.
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

APR 25 2006

Beneficiaries agree to stay or dismiss (without prejudice) all pending Superior Court actions brought by individual Beneficiaries.

b. To sue on Robert B. Gates' bonds to this Court as Executor in a single civil action in the Rhode Island Superior Court, whether by amendment of a pending action or initiation of a new action at the Beneficiaries' discretion, upon the terms and conditions set forth in the Order of this Court entered October 13, 2005.

2. The Executor's inventories and accountings shall be held *nisi* without finding and neither co-executor shall be discharged upon their bonds to the Court at this time.

3. All other pending petitions and objections shall pass without prejudice.

Thomas W. Pearlman, Esq. #0825
Attorney for Roland W. Burt, Jr.
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Claim of Appeal by regular mail, postage prepaid, on April 24, 2006 to:

Fred L. Mason, Jr., Esquire
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield RI 02917

Mark A. Sjoberg, Esquire
Jennifer A. Niedzinski, Esquire
Sjoberg & Votta Law Offices
200 Centerville Road, Suite 4
Warwick RI 02886

Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston MA 02109

Steven E. Snow, Esquire
Carolyn P. Medina, Esquire
Partridge, Snow & Hahn
180 South Main Street
Providence RI 02903-7120

Joseph A. Keough, Jr., Esquire
Keough & Sweeney
100 Armistice Boulevard
Pawtucket RI 02860

Staci L. Kolb, Esquire
Karen A. Pelczarski, Esquire
Blish & Cavanagh
30 Exchange Terrace
Providence RI 02903-1765

James A. Currier, Esquire
128 Dorrance Street, Suite 400
Providence RI 02903

Stephen P. Maguire, Esquire
681 Park Avenue, Suite 28
Cranston RI 02910

Roland W. Burt, Jr.
24 Lester Street
Rumford RI 02916

Raymond P. Cyr, Jr.
5155 Colbright Road
Lake Worth FL 33467