Roland W. Burt, Jr.
24 Lester Street
Rumford, R.I. 02916
401-435-3436
Burtla777@yahoo.com

January 31, 2007

Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, R.I. 02903

RE: Bank of America, N.A., et al. v. Roland W. Burt, Jr
C.A. No. 06-394-S-LDA

Dear Mr. Snow,

Pursuant to Rule 5(b)(2)(B) of the Federal Rules of Civil Procedure, you are hereby served with the accompanying Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment and Plaintiffs' Rule 12.1 Statement of Undisputed Facts along with Exhibits.

In addition I am in receipt of the December 7, 2006 letter from Blish & Cavanaugh, again, confirming that no signed assents to the litigation agreement ever existed and that the probate court was never petitioned for permission to bring an action in the federal court. As reported in the past and certified to all parties and all courts with a copy of Rhode Island Supreme Court ArticleV Rule 1.5(a) and 1.8 (a) contained in an official notice to Thomas W. Pearlman. Exhibit A of Rule 12.1 Statement of Undisputd facts

Very truly yours,

Roland W. Burt, Jr
Pro se

cc: Partridge,Snow & Hahn
Blish & Cavanagh
Keough & Sweeny
Sjoberg & Votta
(2) copies for court

Ex 1