The Disciplinary Board found that respondent had violated Rule 1.5(a) of the Rules of Professional Conduct, which requires that a lawyer's fee be reasonable, and Rule 1.8(a) that provides in pertinent part:

> "A lawyer shall not * * * knowingly acquire * * * security or other pecuniary interest adverse to a client unless:
> (1) the transaction and terms on which the lawyer acquires the interest are fair and reasonable to the client and are fully disclosed and transmitted in writing to the client in a manner which can be reasonably understood by the client;
> (2) the client is given a reasonable opportunity to seek the advice of independent counsel in the transaction; and
> (3) the client consents in writing thereto."

For these violations the board recommended suspension from practice for a period of three months.

After our review of the record in these cases, the court is of the opinion that the Disciplinary Board's conclusions in regard to violations of the rules are amply supported. Their recommendation for suspension from the practice of law for a period of three months in each case is justified.

Therefore, we order that the respondent be suspended from the practice of law for a total period of six months commencing on June 1, 1994. On completion of that period of suspension the respondent may apply to this court for reinstatement and must produce satisfactory proof of full compliance with this order of suspension.

In order to protect the interests of his current clients, the

Exhibit A