# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND W. BURT, Jr.,<br><br>Defendant. | C.A. No. 06-394-S-LDA |

**PLAINTIFF, BANK OF AMERICA, N.A.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Bank of America, N.A. notes that Defendant, Roland W. Burt, Jr., has not timely objected to Plaintiffs' Motion for Summary Judgment filed on or about December 8, 2006. Initially, Defendant failed to object within ten days as required by LR Cv 7(b)(1). Thereafter, the Court *sua sponte* granted additional time to Defendant, up to February 5, 2007, to respond to the motion in accordance with the applicable Rules of Civil Procedure. While Defendant has filed his own Motion for Summary Judgment, he has failed again to object to Plaintiffs' Motion, failed to file a Statement of Disputed Facts, and consequently has failed to raise any justiciable issue.

Accordingly, as set forth more fully in the Memorandum of Law filed in support of Plaintiffs' Motion for Summary Judgment, there are no material facts in dispute and Plaintiffs are entitled to judgment as a matter of law.

Respectfully submitted,

BANK OF AMERICA, N.A.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: February 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing plaintiff PLAINTIFF, BANK OF AMERICA, N.A.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of February, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq.
kap@blishcavlaw.com

Staci L. Kolb, Esq.
slk@blishcav.com

Mark A. Sjoberg, Esq.
mas@sjoberglaw.com

and has been sent by prepaid first class mail addressed to:

Roland W. Burt, Jr.
24 Lester Street
Rumford, RI 02916

Joseph A. Keough, Jr., Esq.
Keough & Kearon
100 Armistice Boulevard
Pawtucket, RI 02860

/s/ Steven E. Snow

899909_1/4150-24