# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER,

Plaintiffs,

C.A. No. 06-394-S-LDA

v.

ROLAND W. BURT, Jr.,

Defendant.

**PLAINTIFF, BANK OF AMERICA, N.A.'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE**

Plaintiff, Bank of America, N.A. ("Bank of America"), by its undersigned attorneys, hereby objects to Defendant Roland W. Burt, Jr.'s Motion for Summary Judgment. Bank of America also moves to strike Defendant's Motion for Defendant's failure to comply with LR Cv 56, including Defendant's failure to file a Statement of Undisputed Facts in support of his Motion. In support hereof, Bank of America relies upon its accompanying Memorandum of Law.

Respectfully submitted,
BANK OF AMERICA, N.A.
By Its Attorneys,
PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX
ses@psh.com

DATED: February 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF, BANK OF AMERICA, N.A.'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of February, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq.
kap@blishcavlaw.com

Staci L. Kolb, Esq.
slk@blishcav.com

Mark A. Sjoberg, Esq.
mas@sjoberglaw.com

and has been sent by prepaid first class mail addressed to:

Roland W. Burt, Jr.
24 Lester Street
Rumford, RI 02916

Joseph A. Keough, Jr., Esq.
Keough & Kearon
100 Armistice Boulevard
Pawtucket, RI 02860

/s/ Steven E. Snow

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER,<br><br>Plaintiffs,<br><br>v.<br><br>ROLAND W. BURT, Jr.,<br><br>Defendant. | C.A. No. 06-394-S-LDA |

**PLAINTIFF, BANK OF AMERICA, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S MOTION TO STRIKE**

Totally ignoring this Court's instruction to respond to Plaintiffs' Motion for Summary Judgment, and also ignoring this Court's admonition to comply with all Rules of Procedure as well as this Court's advice to retain competent legal counsel, Defendant Roland W. Burt instead chose to file his own Cross-Motion for Summary Judgment. This Motion must be denied because it is premised upon alleged facts which are unsupported by affidavit or otherwise, and Defendant would not be entitled to judgment as a matter of law even were the facts put forth by Mr. Burt supported by the record.

Mr. Burt totally ignores the material facts which are not in dispute – including the fact that Mr. Pearlman was Mr. Burt's legal representative at least until April 25, 2006, when Mr. Pearlman filed a Notice of Appeal on Mr. Burt's behalf. Mr. Burt also ignores the well established law that an attorney has actual implied authority to take such steps as he may deem legal, proper and necessary in the management of a client's action. McIyman v. Miller, 52 R.I.

374, 375 (1932). If Mr. Burt is correct that Mr. Pearlman acted contrary to his instructions, that is a matter between Mr. Burt and Mr. Pearlman. It does not negatively impact Mr. Pearlman's legal authority to act on behalf of and bind Mr. Burt in dealings with third parties, who had no knowledge of private, confidential discussions between Mr. Pearlman and Mr. Burt. Mr. Pearlman had apparent authority to act on behalf of Mr. Burt because Mr. Burt held Mr. Pearlman out as his attorney consistently and without qualification for over 13 years. See, Cohen v. Goldman, 132 A.2d 4014, 4017 (R.I. 1957).

Bank of America also relies upon and incorporates by reference Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, filed on or about December 8, 2006.

Finally, Mr. Burt's Motion should be stricken for his failure to file a Statement of Undisputed Facts pursuant to LR Cv 56.

Respectfully submitted,
BANK OF AMERICA, N.A.
By Its Attorneys,
PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: February 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing plaintiff BANK OF AMERICA, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S MOTION TO STRIKE was filed with the Clerk of the United States District Court for the District of Rhode Island this 6th day of February, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Karen A. Pelczarski, Esq.
kap@blishcavlaw.com

Staci L. Kolb, Esq.
slk@blishcav.com

Mark A. Sjoberg, Esq.
mas@sjoberglaw.com

and has been sent by prepaid first class mail addressed to:

Roland W. Burt, Jr.
24 Lester Street
Rumford, RI 02916

Joseph A. Keough, Jr., Esq.
Keough & Kearon
100 Armistice Boulevard
Pawtucket, RI 02860

/s/ Steven E. Snow

899929_1/4150-24