**UNITED STATES DISCTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A. JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER, Plaintiffs** | : | |
| **v.** | : | **C.A. NO. 06-394-S-LDA** |
| **ROLAND W. BURT, JR., Defendant** | : | |

**PLAINTIFFS, JANICE LEFFINGWELL AND JOAN GRANT'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

NOW come the Plaintiffs, Janice Leffingwell and Joan Grant, and hereby object to Defendant, Roland W. Burt, Jr.'s Motion for Summary Judgment. The Plaintiffs, Janice Leffingwell and Joan Grant, also join in Plaintiff, Bank of America's Motion to Strike Defendant's Motion for Summary Judgment based on Defendant's failure to comply with Local Rule Cv56, including Defendant's failure to file a Statement of Undisputed Facts in support of his Motion. The Plaintiffs further join in the Plaintiff, Judith A. Lawton's Objection to Defendant's Motion for Summary Judgment and Motion to Strike. In support hereof, and in an effort to reduce the number of pleadings now before this Court, the Plaintiffs join in, and rely on, the Memorandum of Law filed by the Plaintiffs, Bank of America and Judith A. Lawton.

Plaintiffs,
Janice Leffingwell and Joan Grant
By their Attorney,

Joseph A. Keough, Jr. (#4925)
KEOUGH & SWEENEY, LTD.
100 Armistice Boulevard
Pawtucket, RI 02860
Telephone (401)724-3600
Facsimile (401)724-9909

Dated: February 13, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within to Karen A. Pelczarski, Esq. and Staci L. Kolb, Esq., 30 Exchange Terrace, Providence, RI 02903-1765; Steven E. Snow, Esq., Partridge Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903; Mark A. Sjoberg, Esq., Sjoberg & Votta Law Offices, 200 Centerville Road, Suite 4, Warwick, RI 02886; and Roland W. Burt, Jr., 24 Lester Street, Rumford, RI 02906 on this 13d day of February, 2007.

Kathleen Fredette