**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE OF BEVERLY KIEPLER
Plaintiffs

C.A. No. 06-394-S-LDA

v.

ROLAND W. BURT, Jr.
Defendant

**PLAINTIFF, JOHN KIEPLER'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

Now comes Plaintiff, John Kiepler ("Kiepler"), as executor of the estate of Beverly Kiepler, and hereby objects to Defendant, Roland W. Burt, Jr.'s Motion for Summary Judgment. Kiepler also joins in Plaintiff, Bank of America's Motion to Strike Defendant's Motion for Summary Judgment based on Defendant's failure to comply with LR Cv 56, including Defendant's failure to file a Statement of Undisputed Facts in support of his motion. Kiepler further joins in and relies upon Memorandums of Law filed by Plaintiff Bank of America and Plaintiff Judith A. Lawton.

John Kiepler,
By His Attorneys,

/s/ Mark A. Sjoberg
Mark A. Sjoberg, Esquire (#2427)
SJOBERG & VOTTA LAW OFFICES
200 Centerville Road, Suite 4
Warwick, RI 02886
(401) 737-9696 Telephone

Dated: February 16, 2007

**CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiff, John Kiepler's Objection to Defendant's Motion for Summary Judgment and Motion to Strike was filed with the Clerk of the United States District Court for the District of Rhode Island this 16th day of February, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Steven E. Snow, Esq.
ses@psh.com

Karen A. Pelczarski, Esq.
kap@blishcavlaw.com

Staci L. Kolb
slk@blishcavlsw.com

and has been sent by prepaid first class mail addressed to:

Roland W. Burt
24 Lester Street
Rumford, RI 02906

Joseph A. Keough, Jr., Esq.
Keough & Sweeney
100 Armistice Boulevard
Pawtucket, RI 02860

/s/ Mark A. Sjoberg