**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE BEVERLY KIEPLER<br>Plaintiffs<br><br>v.<br><br>ROLAND W. BURT, Jr.<br>Defendant | **C.A. No. 06-394-S-LDA** |

**DEFENDANTS MEMORANDUM OF LAW IN SUPPORT OF DETERMINATION OF MOTION FOR SUMMARY JUDGMENT**

Defendant Roland W. Burt Jr. moves for summary judgment . Defendant is entitled to summary judgment because as provided for by the Rhode Island General Laws 33-23-1 a party may vacate an order of consent if he was never a party to the consent in the first place.

Roland W. Burt, Jr.
*Pro se*

Roland W. Burt, Jr. 2/28/07

Roland W. Burt, Jr.
24 Lester Street
Rumford, R.I. 02916
(401) 435-3436