# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BANK OF AMERICA, N.A., JUDITH A. LAWTON, JANICE LEFFINGWELL, JOAN GRANT, AND JOHN KIEPLER, AS EXECUTOR OF THE ESTATE BEVERLY KIEPLER
Plaintiffs

v.

ROLAND W. BURT, Jr.
Defendant

**C.A. No. 06-394-S-LDA**

## DEFENDANTS RULE 12.1 STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 12.1, Roland W. Burt, Jr., the defendant submits the following statement of undisputed facts.

1. Defendant Burt was sent/offered a litigation agreement which he declined.

   Exhibit A

2. Signed approval of this type of agreement is required by rule of the Supreme Court of Rhode Island, Rule 1.8(a). Exhibit B

Roland W. Burt, Jr.
*Pro se*

2/28/07

Roland W. Burt, Jr.
24 Lester Street
Rumford, R.I. 02916
(401) 435-3436