UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Bank of America, N.A., et al
    Plaintiff

V.                                              CA06-394S

Roland W. Burt, Jr.
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 14, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED.

BY ORDER:

_/s/ Karen Baldwin_
DEPUTY CLERK

ENTER:

_/s/ William E. Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 3/30/07