UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Bank of America, N.A., et al
Plaintiff

V. CA06-394S

Roland W. Burt, Jr.
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 14, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED.

BY ORDER:

[signature]
DEPUTY CLERK

ENTER:

[signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 3/30/07